**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MEGHAN HIBERT,<br>Plaintiff,<br>v.<br>MIDLAND CREDIT MANAGEMENT, INC.,<br>Defendant. | Case No.: 3:21-cv-2056 W (RBB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 10]** |

Pending before the Court is a joint motion to dismiss this action with prejudice. Good cause appearing, the Court **GRANTS** the joint motion [Doc. 10] and **DISMISSES** this case **WITH PREJUDICE**. Each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED**.

Dated: April 13, 2022

Hon. Thomas J. Whelan
United States District Judge